JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
RAMIRO CATANO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO CATANO<br>TERESO CATANO CASAS,<br><br>Defendant. | Case No. 1:17-CR-00044-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The Defendants, TERESO CATANO AND RAMIRO CATANO, by and through their a attorneys of record, respectively, David A. Torres and Jared M. Thompson, and the United States of America, by and through its attorney of record, Grant Rabenn, hereby stipulate as follows:

1. The status hearing in this matter is currently set for March 27, 2017 at 10:00 a.m.

2. Counsel for Ramiro Catano, Mr. Thompson, was recently retained on March 21, 2017. Mr. Thompson needs some additional time to review the discovery available and to review the plea agreement, as well as, discuss these matters with his client. Counsel believes that these tasks can be accomplished with an additional week.

3. The defense is requesting that Mr. Catano's status hearing be continued to April 3, 2017, at 10:00 a.m. Mr. Thompson has discussed this short continuance with Mr. Torres, attorney for Tereso Catano, and with AUSA Grant Rabenn. Both are amenable to the short continuance and Mr. Torres is willing to exclude time on behalf of his client.

1

4.      The United States has no objection to the requested continuance and the date selected. The parties agree that the time until the next status hearing be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).  Defense counsel has discussed with the Defendants the issue of excluding time and the Defendants are willing to waive/exclude time for this purpose.

**IT IS SO STIPULATED.**

DATED:  Mar. 23, 2017                                 By: /s/  David A. Torres
                                                                              David A. Torres, Attorney for   Defendant,
                                                                              TERESO CATANO

DATED:  Mar. 23, 2017                                 By: /s/  Jared M. Thompson
                                                                              Jared M. Thompson, Attorney for
                                                                              Defendant, RAMIRO CATANO

DATED:  Mar. 23, 2017                                 By: /s/  Grant Rabenn
                                                                              Attorney for  Government
                                                                              Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  Good cause appearing, the status conference as to the above named defendant currently scheduled for March 27, 2017, is continued until April 3, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.  The time period between March 27, 2017 and April 3, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 23, 2017**                              _____
                                                                              UNITED STATES DISTRICT JUDGE