1   PHILLIP A. TALBERT
    United States Attorney
2   GRANT B. RABENN
    JEFFREY A. SPIVAK
3   Assistant United States Attorneys
    2500 Tulare Street, Suite 4401
4   Fresno, CA 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:17-CR-00044-DAD-BAM

12                      Plaintiff,

13              v.                          ORDER FOR FORFEITURE MONEY
                                            JUDGMENT
14  RAMIRO CATANO,

15                      Defendant.

16

17       Based upon the United States' Application for Forfeiture Money Judgment and the entry

18  of a guilty plea as to defendant Ramiro Catano,

19       IT IS HEREBY ORDERED that

20       1.    Defendant Ramiro Catano shall forfeit to the United States $28,000.00 and the

21  Court imposes a personal forfeiture money judgment against the defendant in that amount.

22       2.    Any funds applied towards such judgment shall be forfeited to the United States of

23  America and disposed of as provided for by law. Prior to the imposition of sentence, any funds

24  delivered to the United States to satisfy the personal money judgment shall be seized and held by

25  the Internal Revenue Service – Criminal Investigations, in its secure custody and control.

26       3.    This Order of Forfeiture shall become final as to the defendant at the time of

27  sentencing and shall be made part of the sentence and included in the judgment.

28  /////

    ORDER FOR FORFEITURE MONEY JUDGMENT            1

4.   In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

5.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $28,000.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   **April 18, 2017**

_____
UNITED STATES DISTRICT JUDGE