UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE: Ramiro Catano**<br>**Docket Number: 0972 1:17CR00044-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Ramiro Catano is requesting permission to travel to Playa del Carmen, Mexico. Ramiro Catano is current with all supervision obligations, has satisfied his financial obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 10, 2017, Ramiro Catano was sentenced for the offense(s) of Title 18 U.SC. Section 371 – Conspiracy to Not File Forms 8300 (Class D Felony).

**Sentence Imposed:** 36 months Probation; $100 Special Assessment; $5,000 Fine; and DNA Collection

**Dates and Mode of Travel:** December 25, 2017, through January 3, 2018; Volaris Airlines.

**Purpose:** Family Vacation

Respectfully submitted

/s/ Jose Figueroa

Jose Figueroa
United States Probation Officer

Dated: September 11, 2017
Bakersfield, California

**REVIEWED BY:** /s/ Lonnie E. Stockton
**Lonnie E. Stockton**
**Supervising United States Probation Officer**

**RE:	Ramiro Catano**
	**Docket Number:  0972 1:17CR00044-001**
	**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

,

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   **September 11, 2017**	_____
	UNITED STATES DISTRICT JUDGE